# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SACRAMENTO FAIR OAKS BLVD APARTMENTS, LP,<br><br>　　　　Defendant. | CASE NO.:　2:10-cv-02168-FCD-EFB<br><br>**ORDER RE: JOINT STIPULATION ALLOWING SACRAMENTO FAIR OAKS BLVD APARTMENTS, LP TO FILE AN AMENDED ANSWER**<br><br>Action Filed:　August 12, 2010 |

　　　Based upon the Joint Stipulation Allowing Sacramento Fair Oaks Blvd Apartments, LP to File and Amended Answer executed by all parties and on file with this Court,

　　　**IT IS SO ORDERED:** that Defendant Sacramento Fair Oaks Blvd Apartments, LP is granted leave to file an amended answer to Plaintiff's Complaint.

Dated: November 30, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE